# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KAREN BARNETT, | : | |
| Plaintiff, | : | |
| | | Case No. 3:14cv0003 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 21, 2015 (Doc. #20) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act, 28 U.S.C. § 2412(d) (Doc. #19) is GRANTED;

3. The Commissioner shall pay Plaintiff's attorney fees in the total amount of $4,844.35; and

    4. The case remains terminated on the docket of this Court.

May 12, 2015                          *s/Thomas M. Rose

                                             _____
                                                  Thomas M. Rose
                                          United States District Judge